IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:21-MJ-340 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| ASHLEY Y. KIM, | ) | Court Date: October 13, 2021 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor - 6677484)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 3, 2021, at Marine Corps Base, Quantico, Virginia, within the Eastern District of Virginia, the defendant, ASHLEY Y. KIM, did willfully steal and purloin, property of the Marine Corps Exchange, a department or agency of the United States. (Violation of Title 18, United States Code, Section 641)

Respectfully Submitted,

Raj Parekh
Acting United States Attorney

_____
Colin P. Norton
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was e-mailed this ___5___ day of October 2021 to the defendant's counsel.

By: _____
Colin P. Norton
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Colin.norton@usdoj.gov